STATE OF NEW JERSEY v. ROBERT FARLOW.

May 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN KITCHEN.

May 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. EVERETT HOLLOWAY.

May 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ELIJAH JAMES.

May 16, 1984.

Petition for certification denied.